JOHN ABRUNZO, an Infant, by ANTHONY ABRUNZO, His Guardian ad Litem, Appellant, v. EDWARD HABER, Respondent. ANNA FUCCI, Appellant, v. EDWARD HABER, Respondent. AMBROSE PERROTTA, Appellant, v. EDWARD HABER, Respondent. MARY VALENTI, Appellant, v. EDWARD HABER, Respondent. AUGUSTINE FUCCI, Appellant, v. EDWARD HABER, Respondent.— Three of the appellants were driving in an automobile truck, and were injured, one being the driver and two being passengers; one of the appellants owned the truck, and another sued for loss of services of one of the plaintiffs. The truck in which plaintiffs were riding was proceeding westerly on Hoosick street in the city of Troy, at about twenty miles an hour. The defendant's Buick was proceeding easterly on Hoosick street at a speed of between five and fifteen miles an hour. The defendant turned to his left opposite Valley View avenue to enter that street, and when the front of the Buick had reached a point in line with the northerly curb of Hoosick street, the cars collided; the truck in which plaintiffs were riding struck the Buick in the middle of the right side. There were no exceptions to the charge. The defendant testified that the speed of his Buick did not exceed five miles an hour when he was turning into Valley View avenue, and the truck was then from fifty to one hundred feet away. All of the witnesses on the merits were parties to the action, and interested. The negligence of the defendant, upon the evidence adduced, was a question of fact for the jury. The jury found a verdict of no cause of action, in each case, and thereupon judgment dismissing the complaint on the merits was entered in each case. Judgment and order in each case affirmed unanimously, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of CROWLEY'S MILK Co., INC., Petitioner, for a Certiorari Order against PETER G. TEN EYCK, Commissioner of the Department of Agriculture and Markets, and KENNETH F. FEE, Director of the Division of Milk Control, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 654.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of EVERETTA B. LUDBERG, Respondent, against LACKAWANNA STEEL CONSTRUCTION CORPORATION, Appellant; THE STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer from award of death benefits. Decedent had been in charge of employer's Chicago office and resided at Gary, Ind. Upon closing this office the employer called him to its home office at Buffalo, made a new contract of employment with him, gave him a new kind of work as contact man and sent him to a bridge construction job at Dover, N. H. He was to be continued in its employ after the completion of this job. After decedent had been on this job about two months he fell from the structure and was killed. The Industrial Board found that employer's only place of business was at Buffalo; deceased was hired in New York as a permanent employee and was sent to New Hampshire on a temporary job which work was temporary and transitory and incidental to employer's main business conducted in New York. The evidence sustains these findings. Award unanimously affirmed, with costs to the State Industrial Board against the employer. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.